UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROISQUEL CASTILLO DE CASTILLO,

Petitioner,

v.

Case No. 2:26-cv-2944-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, ATTORNEY GENERAL OF THE UNITED STATES,

Respondents.
_______________________________/

# ORDER

Petitioner Roisquel Castillo de Castillo is a citizen of Venezuela, currently detained by U.S. Immigration and Customs Enforcement ("ICE"). He has filed a habeas petition seeking release. (Doc. 1.)[1] The Government opposes the petition. (Doc. 3.)

Castillo argues that he was unlawfully arrested without probable cause. (Doc. 1 at 5.) That argument is a nonstarter. "[H]abeas is not a vehicle to redress defects in an initial arrest; its function is to determine whether the petitioner may lawfully remain in custody." *Palma v. Powell*, No. 7:26-CV-299-EGL-SGC, 2026 WL 701778, at *6 (N.D. Ala. Mar. 12, 2026). "If lawful

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

grounds for detention exist, [Castillo] is not entitled to release even if there were flaws in his original arrest." *Id.* Because Castillo attacks the mechanics of his seizure rather than the Government's present statutory authority to hold him, his claim must fail. *See also Gupta v. McGahey*, 709 F.3d 1062, 1065 (11th Cir. 2013) (finding no jurisdiction to address detainee's claims that police "illegally procured an arrest warrant, that the agents illegally arrested him, and that the agents illegally detained him"); *Alvarez v. U.S. Immigr. & Customs Enf't*, 818 F.3d 1194, 1203 (11th Cir. 2016); *Palma v. Powell*, No. 7:26-CV-299-EGL-SGC, 2026 WL 701778, at *6 (N.D. Ala. Mar. 12, 2026); *Zaga Tawil v. Cardinal*, No. 26-CV-22521, 2026 WL 2198539, at *9 (S.D. Fla. July 30, 2026).

Because Castillo has failed to demonstrate any violation of the Constitution or laws of the United States that is cognizable or would necessitate his release, the habeas petition must fail. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and close the case.

**ORDERED** in Fort Myers, Florida on November 20, 2026.

Kyle C. Dudek
United States District Judge